**FENTRESS BRADBURN ARCHITECTS, LTD., Appellant,**

v.

**Stephen A. PERRY, Administrator, General Services Administration, Appellee.**

**No. 03–1234.**

United States Court of Appeals, Federal Circuit.

March 19, 2003.

### ON MOTION

### *ORDER*

Fentress Bradburn Architects, Ltd. moves without opposition to voluntarily dismiss its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.